LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 29538

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAII

2010 JUL -1 AM 8:27

FILED

DAVID B. MOGILEFSKY, an individual, Plaintiff-Appellant,
v.
COUNTY OF MAUI, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 08-1-0243(3))

ORDER DENYING PLAINTIFF-APPELLANT'S MOTION
FOR RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By:  Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant David B. Mogilefsky's June 28, 2010, Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order filed on June 22, 2010, the memorandum in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, July 1, 2010.

On the motion:

David B. Mogilefsky
Plaintiff-Appellant pro se.

Presiding Judge

Associate Judge

Associate Judge